UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TADESSE KASSA,

    Petitioner,                                     Case No. 1:07-CV-196

v                                                     Hon. Gordon J. Quist

ALBERTO GONZALES, et al,

    Respondents.
_____

TADESSE KASSA,                           Case No. 1:07-CV-274

    Petitioner,                                       Hon. Gordon J. Quist

v.

ALBERTO GONZALES, et al,

    Respondents.
_____/

**ORDER CONSOLIDATING CASES**

Upon due consideration and regard for the execution of justice and judicial economy, the court consolidates the two actions on its own motion because the petitions are, for all relevant purposes, identical. The cases shall be consolidated and all documents shall be filed in Lead Case 1:07-CV-196, the oldest of the two actions.

IT IS SO ORDERED.

Dated: March 30, 2007                           /s/ Hugh W. Brenneman, Jr.
                                                            Hugh W. Brenneman, Jr.
                                                              United States Magistrate Judge